John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Rogelio Melendez-Rodriguez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:11-CR-0375-KJM |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| Rogelio Melendez-Rodriguez, | |
| Defendant. | |

On February 27, 2013, the Court held an in camera hearing re the status of counsel with the defendant Rogelio Melendez-Rodriguez and his then-counsel Dina Santos.

Defendant Melendez-Rodriguez, through appellate counsel John Balazs, and the United States of America, through its counsel, Nirav Kaushik Desai, herby stipulate and request that the Court enter an order that the court reporter may transcribe and provide a copy of the transcript of this 2/27/13 in camera hearing to defense counsel John Balazs for purposes of appeal. The transcript shall otherwise remain sealed until further order of the Court. To the extent Melendez-Rodriguez relies on the transcript in prosecuting his appeal, he will move to unseal the transcript and provide access to the transcript to government's counsel.

1

Respectfully submitted,

Dated: November 20, 2013
/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
ROGELIO MELENDEZ-RODRIGUEZ

Dated: November 20, 2013
BENJAMIN B. WAGNER
U.S. Attorney

By: /s/ Nirav Kaushik Desai
NIRAV KAUSHIK DESAI
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

DATED: November 26, 2013.

_____
UNITED STATES DISTRICT JUDGE